THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE CONEY ISLAND JOCKEY CLUB, Respondent, *v.* LAWSON PURDY et al., as Commissioners of Taxes and Assessments of the City of New York, Appellants.

Reported below, 161 App. Div. 943.
(Argued September 28, 1914; decided October 6, 1914.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered February, 1914, which affirmed an order of Special Term reducing an assessment of property of the relator for purposes of taxation.

The motion was made upon the ground that no question of law was involved.

*Latham G. Reed* for motion.

*Eugene Fay* opposed.

Motion denied, without costs.